**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 98-30959
Summary Calendar
_____

LATRISHA GEORGETTE GUNN, ET ALS,

Plaintiff-Appellee,

VERSUS

INTERNATIONAL PAPER COMPANY,

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Western District of Shreveport
(97-CV-2450)
_____

March 15, 1999

Before DAVIS, DUHÉ and PARKER,Circuit Judges.

PER CURIAM:[1]

The judgment of the district court is affirmed, essentially for reasons stated by the district court in its July 17, 1998 memorandum ruling.

AFFIRMED.

---

[1]     Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.